Thank you. Thank you. We'll hear the final case on the calendar, Tooker v. Mendelsohn. Thank you.  Thank you. Come up to the stage. I'm Marie Guerrero-Tucker, the appellant, and I full-heartedly trust God. I do have a question. The appellee had stated that they were on submission, so I don't know if they are here to speak. Does that allow them to speak, that they're on submission? They have indicated that they would not be arguing. Okay. Isn't that correct? Okay. I just wanted to see if I needed a rebuttal time. No. No, you don't.  Thank you. You don't need any. Okay. In this case, the landscape of New York, as we know today, is corruption. To be collaterally estopped, you have to have a full and fair hearing, fully adjudicated. It was physically impossible forever for me to be fully adjudicated when the DA of our county has been convicted of covering up crimes. The crimes that he covered up were forged instruments filed at the county records room. While I was fighting in the Supreme Court, the appellee, the plaintiff, was hiring thugs and criminals to cut the fences and put my horses on the Long Island Expressway. They were actually killing my animals. They were using threats and fear of bodily injury to my children and I. I had to protect my own children, could not stand and fight before the court fairly. I was too preoccupied with saving my children and my over 60 animals. Could I ask you just a question? Sure. What is the status of the farm? Has it been sold? At this point, they had claimed that they had sold it, yes. And you vacated the farm at this point? Yes, I did. You actually denied the stay pending appeal and over 20 marshals came with full force, coat of armor to remove us. So again, threats and fear of our life. Completely unnecessary. Irreparable harm far and beyond. Cruel and unusual punishment. What are we doing? How is that happening? You have the plaintiff, the debtor, confessing that they stole the farm. That they stole all my money. That they did not have a mortgage on the property. Judge Seibert is right. The appellee is right. I did fight who was owner of this property in the Supreme Court, which is, by the way, still stayed at this moment in time, including a case in the district court that was filed prior to the foreclosure sale that is also stayed that argues all of these issues. Ms. Tucker, you understand that we're here for a very limited, your appeal is a very limited one. I understand that. It's about a specific order that directed you to vacate the farm, right? Vacate and cease use of the farm. That's correct. And the issue is, am I collaterally stopped from arguing if I'm the owner? That's the issue. No, I think there's a different issue first, which is that that order which tells you to vacate and cease the use of the farm, you've already vacated the farm. No, I did not vacate willingly. I was forced out. But you're not on the farm anymore. No, I'm not. Either that or I was going to jail or killed, one of the two. Right. But the order now is not being enforced anymore. You're already off the farm, right? So the argument is that this is moot. This is no longer a live issue because that order is not being enforced since you've already left the farm. But the argument is that I cannot fight this in the bankruptcy court because it was already fully adjudicated in the Supreme Court, which is completely false. During the process of the bankruptcy proceeding, the debtor confessed to major crimes that were covered up by the DA, not to mention that I never in the Supreme Court prior to the bankruptcy ever argued that the county clerk's office deleted the forged instruments. They were forged. They're void on its face. Penal law Code 170 says a forged instrument means a written instrument falsely made, completed, or altered. The record of who is the owner is in the Suffolk County clerk's office. If they felt that these deeds were fraudulent, they had the ability to delete them, and that's exactly what they did. Judge Seibert's claim argument is that it was only the tax map number. The tax map number is the description of the property, and it clearly says Schedule A is the legal description. And in all the legal descriptions, I don't care how big their eraser is, they cannot erase the dictionary. Accepting therefrom means it is excluded from the instrument itself. Yes, that was the argument that I argued for years in the Supreme Court while they were trying to steal my children, while they were charging me with crimes I didn't commit, while they were killing my animals. How, how is it that I could be collaterally stopped when I'm out there trying to save my last animal that they killed, which was my duck in 2016? Nobody, no one on earth could ever have a fair and full hearing when they're out and there's war in their backyard and their animals are being killed. Well, I had to defend myself when they claimed that I starved the horse. Over 60 animals on the farm, one horse I'm starving on 80 acres of hay? Yeah, that was dismissed two years later. But I will thank God today. I will thank God today that our New York State Attorney General is paying attention, thanks to the DA of Manhattan getting a grand jury report of all the deeds that are being stolen. She is now investigating. She's in Brooklyn now. She's investigating deeds that are being stolen from people. That's the most horrific thing that could ever happen for your home to be stolen because the county records room harbored forged instruments. This was not an argument that I ever argued in the Supreme Court prior to the bankruptcy proceeding. That came out later during the bankruptcy proceeding. I went to the county. I went to the real estate agent, the real estate department. I showed them the deeds, and their first thought was, oh, my God, these are fake. These are fraudulent. We need to delete these immediately. Proving that I was the owner. What they did after that is they scared the poor woman, threatening her job, did everything to shut her up. Thank you. Thank you, sir. Thank you. Thank you for your argument. Thank you. The court will reserve decision. The clerk will adjourn court. Court is adjourned.